IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LAURA ATKINSON<br>　*Plaintiff,*<br><br>v.<br><br>MERIDIAN SECURITY INSURANCE<br>COMPANY<br>　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:21-cv-00723-XR |

## ORDER GRANTING DEFENDANT'S OPPOSED MOTION TO STRIKE THE DESIGNATION AND TESTIMONY OF PLAINTIFF'S RETAINED EXPERT GARY JOHNSON

ON THIS DAY came to be considered Meridian Security Insurance Company's ("Defendant") Opposed Motion to Strike the Designation and Testimony of Plaintiff's Retained Expert Gary Johnson. The Court, having considered the motion, any response and reply, and any arguments presented, is of the opinion that the Motion is well-taken, and should be and is GRANTED.

It is, therefore, ORDERED that the designation of Plaintiff's Retained Expert Gary Johnson is hereby STRICKEN and his testimony, report, and opinions shall not be admitted at trial of the above-styled and numbered cause.

Signed this the \_\_\_\_\_ day of _____, 2022.

_____
JUDGE PRESIDING